UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JUAN VILLAR,

        Plaintiff,

    v.

BANK OF AMERICA CORPORATION,

        Defendant.

NO. 2:10-CV-1910 FCD KJN

<u>ORDER AND ORDER TO SHOW CAUSE RE SANCTIONS</u>

----oo0oo----

1.  The hearing on Defendant's Motion to Dismiss (Docket #5) is continued to December 3, 2010, at 10:00 a.m. Plaintiff shall file and serve their opposition brief or notice of non-opposition no later than November 17, 2010. The defendant may file and serve a reply on or before November 24, 2010.

2.  Plaintiff's counsel is ordered to show cause why he should not be sanctioned in the amount of $150.00 for failing to file an opposition or notice of non-opposition to defendant's motion in compliance with Local Rule 230(c).

3. Plaintiff's counsel shall file his response to the order to show cause on or before November 17, 2010.

4. A hearing on the order to show cause, if necessary, will follow the hearing on the motion.

IT IS SO ORDERED.

DATED: October 12, 2010

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE