UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| JUAN VILLAR, | NO. CIV. S-10-1910 FCD KJN |
|     Plaintiff, | |
|     v. | <u>ORDER FOR SANCTIONS AND</u><br><u>FURTHER ORDER TO SHOW CAUSE</u> |
| BANK OF AMERICA CORPORATION, | |
|     Defendant. | |

----oo0oo----

    On October 12, 2010, plaintiff's counsel, Wendell Jamon Jones, was ordered to show cause why he should not be sanctioned in the amount of $150.00 for failing to file an opposition or notice of non-opposition to defendant's motion to dismiss in compliance with Local Rule 230(c).  The court ordered counsel to file his response to the Order to Show Cause on or before November 17, 2010. As of today's date, a response has not been filed, and therefore, the court makes the following orders:

    1.   Plaintiff's counsel, Wendell Jamon Jones, is ordered to pay sanctions in the amount of **$150.00** for his failure

to file a response to the Order to Show Cause filed on October 12, 2010.  Payment should be in the form of a check made payable to the Clerk of the Court.  The sum is to be paid personally by plaintiff's counsel **not later than fourteen (14) days** from the filing of this Order for Sanctions.

    2.   Plaintiff's counsel is further ordered to show cause why he should not be sanctioned an additional **$300.00** for his failure to respond to legal deadlines and the court's orders, and why plaintiff's case should not be dismissed for failure to prosecute. Counsel shall file his response to this Order to Show Cause on or before January 14, 2011.

    3.   The hearing on defendant's Motion to Dismiss (Docket No. 5) currently set for December 3, 2010 is VACATED and RESET for January 28, 2011 at 10:00 a.m. in Courtroom #2.

    IT IS SO ORDERED.

DATED: November 22, 2010

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE